PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00041-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET INITIAL APPEARANCE, ARRAIGNMENT, AND CHANGE OF PLEA HEARING ON MAY 20, 2024 |
| v. | |
| NATHAN VAUGHN SOUTHARD, | DATE: May 20, 2024 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

On February 16, 2024, the parties filed an information and plea agreement for Defendant Nathan Vaughn Southard. The parties request that the Court set an initial appearance, arraignment, and change of plea hearing for May 20, 2024 at 9:00 am.

IT IS SO STIPULATED.

Dated: March 27, 2024                                PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ JEFFREY A. SPIVAK
                                                    JEFFREY A. SPIVAK
                                                    Assistant United States Attorney

Dated:  March 27, 2024

/s/ Murdoch Walker II, Esq.
Lowther Walker LLC
Counsel for Defendant
Nathan Vaughn Southard

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated:   **March 29, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE