# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
| v. | ) Case No. 1:24-cr-00041-JLT-SKO |
| NATHAN VAUGHN SOUTHARD | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/20/24

_____
*Defendant's signature*

Serguei Akiti
*Signature of defendant's attorney*

Serguei Akiti
*Printed name of defendant's attorney*

Jennifer L. Thurston      May 20, 2024
*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*